IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      vs.                                       Criminal Action No.
                                                  5:06-CR-508-001 (DNH)

VINCENT TORRES,

                 Defendant.

_____

RANSOM P. REYNOLDS, Asst. U.S. Attorney, for the Government

RICHARD D. PRIEST, ESQ., for the Defendant

<u>ORDER APPROVING WAIVER OF APPEARANCE FOR ARRAIGNMENT</u>

      Defendant has been charged by third superseding indictment with conspiracy to distribute marijuana in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C § 846.  Defendant and defendant's counsel, Richard Priest, Esq., have completed a written waiver of arraignment form advising the court that Vincent Torres wishes to waive his right to a formal arraignment on the pending third superseding indictment, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, as amended.

      Based upon the defendant's voluntary representations, as confirmed by his attorney, and the understanding that Mr. Priest has explained the consequences of the waiver of arraignment to his client, I accept his waiver as knowing and voluntary.  Accordingly, it is hereby

ORDERED that the clerk is directed to enter a plea of not guilty to Third Superseding Indictment No. 5:06-CR-508 (DNH), dated September 20, 2007, on behalf of the defendant, Vincent Torres, such plea to be docketed as having been entered on the date of the signing of this order.

Dated: October 1, 2007

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge